# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00243-CV

**Mary Cheney, Surviving Spouse of Decedent Eric Cheney, Appellant**

**v.**

**City of Killeen; Texas Department of Transportation HDR Engineering, Inc.; ITERIS, Inc.; and The Levy Company, Appellees**

### FROM THE 169TH DISTRICT COURT OF BELL COUNTY, NO. 286720-C, THE HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

We abate this cause until the briefing in *Cheney v. The Levy Company*, No. 03-19-00334-CV, and *Cheney v. Iteris, Inc.*, No. 03-19-00335-CV, is complete. We direct the appellant to notify the Court when the briefing is complete in *Cheney v. The Levy Company*, No. 03-19-00334-CV, and *Cheney v. Iteris, Inc.*, No. 03-19-00335-CV, at which time we will reinstate this case.

It is so ordered on July 25, 2019.

Before Chief Justice Rose, Justices Kelly and Smith

Abated

Filed: July 25, 2019